# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LAPRINCE STEPHENS,

*Defendant.*

Criminal No. 23-265 (RDM)

## VERDICT FORM

We, the jury, unanimously find as follows:

**COUNT ONE**: With respect to the offense of Unlawful Possession of a Firearm and Ammunition by a Prohibited Person, on or about January 6, 2019, we the jury find the defendant LaPrince Stephens:

_____ Guilty        ✓ Not Guilty

**COUNT TWO**: With respect to the offense of Unlawful Possession of a Firearm and Ammunition by a Prohibited Person, on or about August 24, 2023, we the jury find the defendant LaPrince Stephens:

✓ Guilty        _____ Not Guilty

By: _____        Date: 1/29/2025
    Foreperson

_____
Juror Number

1